| | |
|---|---|
| 1 | FENNEMORE CRAIG, P.C. |
| | Amy Abdo (No. 016346) |
| 2 | Brett C. Gilmore (No. 034598) |
| | 2394 E. Camelback Road |
| 3 | Suite 600 |
| | Phoenix, Arizona 85016 |
| 4 | Telephone: (602) 916-5000 |
| | Email: amy@fennemorelaw.com |
| 5 | Email: bgilmore@fennemorelaw.com |
| 6 | LOEB & LOEB LLP |
| | OLEG STOLYAR (CA SBN 229265 – PHV |
| 7 | Pending) |
| | astolyar@loeb.com |
| 8 | JEREMY MARGOLIS (IL SBN 1763865) |
| | jmargolis@loeb.com |
| 9 | DAVID BEDDINGFIELD (CA SBN 308491) |
| | dbeddingfield@loeb.com |
| 10 | 10100 Santa Monica Blvd., Suite 2200 |
| | Los Angeles, CA 90067 |
| 11 | Telephone: 310.282.2000 |
| 12 | *Attorneys for Plaintiffs Oleg Boyko* |
| | *and Finstar-Holding LLC* |

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Oleg Boyko, an individual, and Finstar-Holding LLC, a Russian limited liability company, | No. |
| | **CORPORATE DISCLOSURE STATEMENT** |
| Plaintiffs, | |
| v. | |
| Alexey Kondratiev, an individual, and <olegvboyko.website>, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Plaintiffs Oleg Boyko and Finstar-Holding LLC in compliance with the provisions of: *(check one)*

  X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more

of its stock or states that there is no such corporation.

____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organization victim of alleged criminal activity is a corporation, the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

____ No such corporation.

__x__ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below. *(Attached additional pages if needed.)*

DFI International DOO (Serbia).   Relationship: parent of Finstar Holding LLC.

____ Publicly held corporation, not a party to the case, with a financial interest in the outcome. *List identity of corporation and the nature of financial interest. (Attached additional pages if needed.)*

_____ Relationship _____

____ Other (please explain)

_____

_____

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

. . .

DATED this 27th day of June, 2023.

                                          FENNEMORE CRAIG, P.C.

                                          By:  *s/ Amy Abdo*
                                                 Amy Abdo
                                                 Brett C. Gilmore

                                          LOEB & LOEB LLP

                                          By:  *s/ Oleg Stolyar*
                                                 Oleg Stolyar
                                                 Jeremy Margolis
                                                 David Beddingfield

*Attorneys for Plaintiffs Oleg Boyko and Finstar-Holding LLC*