1

ALEXEY KONDRATIEV
3045 16th Sideroad,

2

King City, Ontario L7B1A3

3

Canada

4

*Pro Se Defendant*

5

6

UNITED STATES DISTRICT COURT

7

DISTRICT OF ARIZONA

8

9

10

Oleg Boyko, et al.

**No. CV-23-01186-PHX-DLR**

Plaintiffs,

11

**THE DEFENDAT'S ANSWER
TO THE COMPLIANT**

12

v.

13

Alexey Kondratiev, et al.

14

Defendants.

15

16

17

18

Defendant Alexey Kondratiev ("Kondratiev") hereby answers the Compliant of

19

Plaintiffs as follows.

20

NATURE OF THE ACTION

21

22

1.  Denied. Kondratiev denies that he owns the allegedly Infringing Website and

23

that he made "demonstrably false statements concerning Boyko's character and

24

business practices".

25

2.  Denied. Kondratiev never used Boyko's name or the Boyko Mark "in bad

26

27

faith" with intent to profit from it due to Kondratiev being neither the owner

28

nor creator of the Infringing Website.

3.  Denied.

4.  Denied.

THE PARTIES

5.  Admitted.

6.  Admitted.

7.  Admitted.

8.  Denied.

JURISDICTION AMD VENUE

9.  Admitted.

10. Denied.   Kondratiev   never   registered   <olegvboyko.website>   through NameCheap Inc. and is therefore not subject to its Registration Agreement.

11. Denied.

12. Denied. This Court has no jurisdiction over Kondratiev.

FACTS COMMON TO ALL CAUSES OF ACTION

13. Admitted.

14. Admitted.

15. Admitted in part, denied in part. Kondratiev denies that he added Boyko as a "cross-defendant" to Arcadia's litigation.

16. Denied. None of Kondratiev's claims were dismissed before December 2016 nor were they dismissed shortly thereafter.

17. Denied.   Kondratiev   specifically   denies   any   accusations   of   extorting   Mr. Boyko.

18. Denied. Kondratiev denies registering the domain <olegvboyko.website> with NameCheap.

19. Denied in part, admitted in part. The "Infringing Website" contains information from United States government agencies and mass-media publications linking Oleg Boyko to organized crime and Russian intelligence agencies. Particularly, the website in question links Mr. Boyko to the Nahman-Trincher gambling ring.

20. Denied. A Court in Latvia ruled on a separate web site which had no resemblance to the "Infringing Website". This Latvian Court has no jurisdiction in the State of Arizona.

21. Denied.

22. Admitted in part, denied in part. Kondratiev admits that the phone number 1-416-456-9875 belongs to him.

23. Denied.

24. Denied.

<u>COUNT ONE</u>

25. Denied.

26. Admitted.

27. Admitted.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied. Kondratiev explicitly denies that he registered, trafficked in, and/or used the Defendant Domain Name with the intent to profit from the Boyko Mark.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied. Kondratiev explicitly denies that he registered, trafficked in, and/or used the Defendant Domain Name to divert consumers from the legitimate website.

38. Denied. Kondratiev points out that the Complaint contains erroneously numbered paragraphs 39, 41, and 45 suggesting that the Complaint was prepared in haste without proofreading by all five of the Plaintiffs' listed lawyers.

39. Denied.

40. Denied.

41. Denied.

42. Denied.

43. Denied.

44. Denied.

45. Denied. This paragraph number was entered in error.

46. Denied.

47. Denied.

COUNT TWO

48. Denied.

49. Denied.

50. Denied.

51. Denied.  Kondratiev specifically denies that he had a "specific intent to profit from the Domain Name" that he doesn't own. Kondratiev also denies that "Kondratiev's $10 million dollar claims against Boyko were dismissed in the Canada Lawsuit".

52. Denied.

53. Denied.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

59. Denied.

60. Denied.

COUNT III <em>[sic]</em>

61. Denied.

62. Denied.

63. Denied.

64. Denied.

65. Denied.

66. Denied.

<u>PRAYER FOR RELIEF</u>

WHEREFORE, Kondratiev denies that the Plaintiffs are entitled to any of the relief requested in the unnumbered "WHEREFORE" clause following Paragraph 66, including subparts (i) through (ix), and respectfully requests that the Court dismiss the Complaint in its entirety and enter judgment in his favor and against the Plaintiffs.

The final paragraph also requires no response. To the extent a responsive pleading is required, Kondratiev denies that the Plaintiffs are entitled to a jury trial.

**<u>AFFIRMATIVE DEFENSES</u>**

Defendant hereby asserts the following affirmative defenses:

**FIRST DEFENSE**

The Complaint fails to state a claim upon which relief may be granted.

**SECOND DEFENCE**

The Plaintiffs have not produced any evidence that Kondratiev was somehow involved in the alleged cybersquatting, and they further provided no evidence that Kondratiev has done anything that falls into jurisdiction of this Court.

**THIRD DEFENCE**

Upon information and belief, the Plaintiffs' claims are barred, in whole or in part, by applicable statutes of limitation.

DATED this 8th day of August 2023          Respectfully submitted,

By: _____

Alexey Kondratiev

*Pro Se Defendant*