FENNEMORE CRAIG, P.C.
Amy Abdo (No. 016346)
Brett C. Gilmore (No. 034598)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: amy@fennemorelaw.com
Email: bgilmore@fennemorelaw.com

LOEB & LOEB LLP
Oleg Stolyar (CA SBN 229265-Pro Hac Vice)
astolyar@loeb.com
Jeremy Margolis (IL SBN 1763865-Pro Hac Vice)
jmargolis@loeb.com
David Beddingfield (CA SBN 308491-Pro Hac Vice)
dbeddingfield@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: 310.282.2000

*Attorneys for Plaintiffs Oleg Boyko
and Finstar-Holding LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Oleg Boyko, an individual, and Finstar-Holding LLC, a Russian limited liability company,<br><br>          Plaintiffs,<br><br>     v.<br><br>Alexey Kondratiev, an individual, and <olegvboyko.website>,<br><br>          Defendants. | No. CV-23-01186-PHX-DLR<br><br>**PLAINTIFFS' NOTICE OF SERVICE** |

Plaintiffs Oleg Boyko and Finstar-Holding LLC hereby give notice that on August 18, 2023, Plaintiffs served the Court's Order dated August 15 (Doc. 27) to Defendant Alexey Kondratiev via email to akondratiev@mac.com. Defendant Kondratiev previously agreed to service of filings and papers by email.

DATED this 18th day of August, 2023.

          FENNEMORE CRAIG, P.C.


          By: *s/ Brett C. Gilmore*
            Amy Abdo
            Brett C. Gilmore


          LOEB & LOEB LLP


          By: *s/ Oleg Stolyar*
            Oleg Stolyar
            Jeremy Margolis
            David Beddingfield

          *Attorneys for Plaintiffs Oleg Boyko and Finstar-Holding LLC*