1
2
3
4
5

FENNEMORE CRAIG, P.C.
Amy Abdo (No. 016346)
Brett C. Gilmore (No. 034598)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona  85016
Telephone:  (602) 916-5000
Email:  amy@fennemorelaw.com
Email:  bgilmore@fennemorelaw.com

6
7
8
9
10
11
12

LOEB & LOEB LLP
Oleg Stolyar (CA SBN 229265 – PHV Pending)
astolyar@loeb.com
Jeremy Margolis (IL SBN 1763865)
jmargolis@loeb.com
David Beddingfield (CA SBN 308491)
dbeddingfield@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA  90067
Telephone:   310.282.2000

*Attorneys for Plaintiffs Oleg Boyko
and Finstar-Holding LLC*

13

UNITED STATES DISTRICT COURT

14

DISTRICT OF ARIZONA

15
16
17
18
19
20
21

Oleg Boyko, an individual, and
Finstar-Holding LLC, a Russian limited
liability company,

            Plaintiffs,

      v.

Alexey Kondratiev, an individual, and
<olegvboyko.website>,

            Defendants.

No. CV-23-01186-PHX-DLR

**ACCEPTANCE OF SERVICE**

22
23
24
25
26
27
28

      Brianna Dahlberg is authorized to and hereby accepts service of Plaintiffs'
Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of
Premises in a Civil Action to Namecheap Legal Department, dated September 6, 2023, as
if the same had been personally served upon NameCheap, Inc. in accordance with the
Federal Rules of Civil Procedure.

1

2    DATED this 14th day of September, 2023.

3                                                    /s/ Brianna Dahlberg
                                                     Brianna Dahlberg
4

5    29852681

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX