FENNEMORE CRAIG, P.C.
Amy Abdo (No. 016346)
Brett C. Gilmore (No. 034598)
2394 E. Camelback Road
Suite 600
Phoenix, Arizona 85016
Telephone: (602) 916-5000
Email: amy@fennemorelaw.com
Email: bgilmore@fennemorelaw.com

LOEB & LOEB LLP
Oleg Stolyar (CA SBN 229265-Pro Hac Vice)
astolyar@loeb.com
Jeremy Margolis (IL SBN 1763865-Pro Hac Vice)
jmargolis@loeb.com
David Beddingfield (CA SBN 308491-Pro Hac Vice)
dbeddingfield@loeb.com
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone:   310.282.2000

*Attorneys for Plaintiffs Oleg Boyko
and Finstar-Holding LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Oleg Boyko, an individual, and Finstar-Holding LLC, a Russian limited liability company,<br><br>  Plaintiffs,<br><br>  v.<br><br>Alexey Kondratiev, an individual, and <olegvboyko.website>,<br><br>  Defendants. | No. CV-23-01186-PHX-DLR<br><br>**NOTICE OF SERVICE OF INITIAL RULE 26(A)(1) DISCLOSURES** |

Pursuant to LRCiv 5.2, Plaintiffs Oleg Boyko and Finstar-Holding LLC give notice that on September 21, 2023, they served their Initial Rule 26(a)(1) Disclosures by emailing the same to Defendant Alexey Kondratiev.

. . .

1  DATED this 21st day of September, 2023.

2                           FENNEMORE CRAIG, P.C.

4                         By: *s/ Brett C. Gilmore*
                            Amy Abdo
5                              Brett C. Gilmore

7  LOEB & LOEB LLP

9                         By:  *s/ Oleg Stolyar*
                            Oleg Stolyar
                            Jeremy Margolis
10                             David Beddingfield

11                        *Attorneys for Plaintiffs Oleg Boyko and Finstar-Holding LLC*

FENNEMORE CRAIG, P.C.
ATTORNEYS AT LAW
PHOENIX