UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Oleg Boyko, an individual, and Finstar-Holding LLC, a Russian limited liability company,<br><br>            Plaintiffs,<br><br>   v.<br><br>Alexey Kondratiev, an individual, and <olegvboyko.website>,<br><br>           Defendants. | NO. CV-23-01186-PHX-DLR<br><br>**[PROPOSED] ORDER GRANTING STATUTORY DAMAGES AGAINST ALEXEY KONDRATIEV** |

This case arises from the registration and use of the domain name <olegvboyko.website> ("Domain"). Plaintiffs Oleg Boyko ("Boyko") and Finstar-Holding LLC ("Finstar", and together with Boyko, "Plaintiffs") claim that Defendant Alexey Kondratiev ("Kondratiev") registered the Domain and that Kondratiev uses it to tarnish and disparage the Oleg Boyko name, which Finstar registered with the Patent and Trademark Office as a service mark (the "Boyko Mark"). In March 2025, the Court granted Plaintiffs' motion for partial summary judgment on the issue of Defendant's liability for cybersquatting in violation of 15 U.S.C. § 1125(d)(1). (ECF 67.)

On May 19, 2025, Plaintiffs filed a Motion for Statutory Damages ("Motion"). Having considered Plaintiffs' Motion for Statutory Damages and the briefing thereon, the Court finds that, pursuant to 15 U.S.C. § 1117(d), Plaintiff Finstar is entitled to an award of

statutory damages in connection with Kondratiev's cybersquatting in violation of 15 U.S.C. § 1125(d)(1). Based upon Kondratiev's use of the correct spellings of Boyko's first name, middle initial, and last name in the Domain, Kondratiev's use of false contact information to attempt to conceal his infringing activity, and Kondratiev's clear intent to disparage and tarnish the Boyko Mark, the Court considers it appropriate to award to Plaintiff Finstar $100,000 in statutory damages for Kondratiev's registration and use of the Domain. Accordingly, the relief requested in Plaintiffs' Motion is hereby **GRANTED.**

**IT IS ORDERED** that, pursuant to 15 U.S.C. § 1117(d), Kondratiev shall pay statutory damages to Plaintiff Finstar in the amount of $100,000;

**IT IS FURTHER ORDERED** that Plaintiff Finstar is entitled to post-judgment interest, computed daily and compounded annually, on this award of statutory damages under 28 U.S.C. § 1961(a) beginning on the date of the entry of the final judgment.