# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Oleg Boyko, et al., | NO. CV-23-01186-PHX-DLR |
| Plaintiffs, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Alexey Kondratiev, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed October 1, 2025, judgment is entered as follows:

1. Kondratiev shall pay Plaintiffs $50,000 in statutory damages, pursuant to 15 U.S.C. § 1117(d).

2. Kondratiev, his agents, employees, and any other person or entity, acting in active concert with him or under his direction, with notice of this Order shall be permanently enjoined from:

    a. Registering, using, owning, operating, maintaining, administering, and /or otherwise exercising control over any domain name or website that utilizes, incorporates, or in any way employs the Boyko Mark, Mr. Boyko's name, or any other work, term, or name confusingly similar to the Boyko Mark; and

b. Assisting, aiding, and/or abetting any other person or business entity in engaging in or performing any of the above activities.

This action is hereby terminated.

Debra D. Lucas
District Court Executive/Clerk of Court

October 1, 2025

s/ E. Aragon
By    Deputy Clerk

- 2 -