AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____of Arizona_____ on the following

☒ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:23-cv-01186-DLR | DATE FILED<br>06/27/2023 | U.S. DISTRICT COURT<br>of Arizona |
|---|---|---|
| PLAINTIFF<br>Oleg Boyko, an individual, and<br>Finstar-Holding LLC, a Russian limited liability company | | DEFENDANT<br>Alexey Kondratiev, an individual, and<br><olegvboyko.website> |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 79285734 | March 1, 2022 | Finstar-Holding, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT Order and Judgment entered on 10/01/2025. Kondratiev shall pay Plaintiffs $50,000 in statutory damages. Kondratiev, his agents, employees, and any other person or entity, acting in active concert with him or under his direction, with notice of this Order shall be permanently enjoined from: a. registering, using, owning, operating, maintaining, administering, and/or otherwise exercising control over any domain name or website that utilizes, incorporates, or in any way employs the Boyko Mark, Mr. Boyko's name, or any other word, term, or name confusingly similar to the Boyko Mark; and b. assisting, aiding, and/or abetting any other person or business entity in engaging in or performing any of the above activities.

| CLERK<br>Debra D Lucas | (BY) DEPUTY CLERK<br>*Rebecca E. Kubzer* | DATE<br>10/02/2025 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director   **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director   **Copy 4**—Case file copy